**IN THE UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF ARKANSAS**

| | | |
|---|---|---|
| **UNITED STATES OF AMERICA** | | **PLAINTIFF** |
| v. | NO. 4:07CR00264-03 GTE | |
| **PAULA CRUZ** | | **DEFENDANT** |

**SUPPLEMENT TO JUDGMENT AND COMMITMENT**

On October 14, 2010, the Judgment and Commitment was filed setting forth Defendant Paula Cruz's sentence of Eighteen (18) Months imprisonment; four (4) Years supervised release and $100 Special Assessment. On Page Two (2) of the Judgment and Commitment the Court made a recommendation to the Bureau of Prisons. The Court would like to supplement that recommendation with the following more detailed recommendation:

**It is recommended by the Court that the Defendant, Paula Cruz, be designated to the FMC Carswell facility to treat her numerous medical conditions and receive treatment for her substantial mental health and substance abuse issues through the co-occurring disorders (dual diagnosis program). The Court believes the residential treatment program at FMC Carswell can best provide the treatment services Ms. Cruz needs.**

All other conditions of his Judgment and Commitment shall remain the same.

SO ORDERED this 20th day of October, 2010

                                                                              /s/Garnett Thomas Eisele_____
                                                                             UNITED STATES DISTRICT JUDGE