IN THE UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF ARKANSAS
WESTERN DIVISION

UNITED STATES OF AMERICA                                                                    PLAINTIFF

v.                                                NO. 4:07CR00264-03 JLH

PAULA E. CRUZ                                                                                 DEFENDANT

## ORDER

Court convened on Monday, July 27, 2015, for a hearing on the government's motion to revoke the supervised release of defendant Paula E. Cruz. Document #308. Assistant United States Attorney Michael Gordon was present for the government. The defendant appeared in person and with her attorney, Assistant Federal Public Defender Nicole Lybrand.

At the onset of the hearing, the parties jointly moved to hold the motion in abeyance for a period of ninety (90) days to allow the defendant the opportunity to demonstrate that she could comply with the conditions of supervision previously imposed by the Court.

IT IS THEREFORE ORDERED that the United States Probation Office is directed to provide the Court with a written report reflecting whether or not defendant has been in compliance with the conditions of supervision previously imposed by October 26, 2015. In the event the defendant is found to be in violation of her supervised release conditions prior to October 26, 2015, the United States Attorney is directed to submit the appropriate motion and the Court will conduct a hearing. If there are no additional violations and the defendant abides by all conditions of supervised release, the motion to revoke will be dismissed.

IT IS SO ORDERED this 28th day of July, 2015.

_____
J. LEON HOLMES
UNITED STATES DISTRICT JUDGE