## IN THE UNITED STATES DISTRICT COURT
## EASTERN DISTRICT OF ARKANSAS
## WESTERN DIVISION

UNITED STATES OF AMERICA                                                                 PLAINTIFF

v.                                      NO. 4:07CR00264-03 JLH

PAULA E. CRUZ                                                                              DEFENDANT

### ORDER

The government's motion to dismiss petition to revoke is GRANTED. Document #313. The petition to revoke as to Paula E. Cruz is hereby dismissed without prejudice. Document #308.

IT IS SO ORDERED this 28th day of October, 2015.

_____
J. LEON HOLMES
UNITED STATES DISTRICT JUDGE